**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAMELA MCCOLLOCH,**

        **Plaintiff,**

-vs-                                   **Case No.  6:02-cv-1403-Orl-28JGG**

**ORANGE LAKE COUNTRY CLUB, INC.,**
**ORANGE LAKE COUNTRY CLUB**
**REALTY, INC.,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Response to Motion to Tax Costs (Doc. No. 169) filed March 5, 2004.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and considering the objection and reply filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed June 27, 2005 (Doc. No. 198) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Response to Motion to Tax Costs[1] (Doc. 169) is granted in part and denied in part. Specifically, Defendants are awarded $26,040.21 on their bill of costs.  The

---

[1] The Court is treating this document as a motion.

Clerk of Court is directed to enter judgment in accordance with this Order and to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge

Counsel of Record

Unrepresented Party